1
2
3
4
5            UNITED STATES DISTRICT COURT
6            EASTERN DISTRICT OF WASHINGTON

7  GWENDOLYN M. GUINN, a single person,

   NO: 1:20-CV-3021-TOR

8           Plaintiff,

   ORDER OF DISMISSAL WITH PREJUDICE

9     v.

10 HOME DEPOT U.S.A., INC., a foreign corporation,

11
12          Defendants.

13

14    BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF

15 No. 20).  The stipulation is filed pursuant to Federal Rule of Civil Procedure

16 41(a)(1)(A)(ii) and provides that the above-captioned case shall be DISMISSED

17 with prejudice, and without costs or attorneys' fees to any parties.  Any and all

18 claims that were brought or could have been brought have been fully settled by the

19 parties outside of court.  The Court has reviewed the record and files herein, and is

20 fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear its own costs and attorneys' fees.

All remaining deadlines, hearings, and trial are VACATED.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** March 23, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2