AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

GWENDOLYN M. GUINN, a single person,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) ) ) ) |
| HOME DEPOT U.S.A., INC., a foreign corporation, | ) |
| *Defendant* |  |

Civil Action No.    1:20-CV-3021-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:    Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice, each party shall bear its own costs and attorneys' fees.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge    THOMAS O. RICE    on the parties' stipulation ECF No. 20.

Date:   March 23, 2021

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen

*(By) Deputy Clerk*

Linda L. Hansen